Case 1:26-mj-00006-ZMF   Document 1-1

Case: 1:26-mj-00006
Assigned To : Faruqui, Zia M.
Assign. Date : 1/16/2026
Description: COMPLAINT W/ARREST WARRANT

## **STATEMENT OF FACTS**

On or about January 12, 2026, members of the United States Immigration and Customs Enforcement ("ICE") learned that Felipe Contreras-Varillas ("CONTRERAS-VARILLAS") ▅▅▅▅▅▅▅▅▅ was arrested on January 12, 2026, by the United States Attorney's Office Criminal Investigations Unit and the Metropolitan Police Department in Washington, D.C., for Enticing a Child or Minor (Felony). At the time of his arrest, CONTRERAS-VARILLAS had a Mexican passport and a Mexican birth certificate in his possession, which were both in the name of CONTRERAS-VARILLAS.

On or around January 12, 2026, law enforcement fingerprinted CONTRERAS-VARILLAS, and his fingerprints matched a previously assigned unique FBI number associated with CONTRERAS-VARILLAS as determined by the FBI Next Generation Identification system. Those fingerprints were also processed through ICE indices containing fingerprint records of known and previously deported aliens, which confirmed that CONTRERAS-VARILLAS had illegally re-entered the United States.

Your affiant reviewed CONTRERAS-VARILLAS's immigration file maintained by U.S. Citizenship and Immigration Services. This confirmed that CONTRERAS-VARILLAS: (i) is a citizen and national of Mexico; (ii) was previously removed from the United States by ICE on three separate occasions, with the most recent removal occurring at or near the Laredo, Texas Port of Entry, on or about September 26, 2017; (iii) did not have any immigration benefit, document, or status that would allow him to legally enter, be admitted, pass through, or reside in the United States; and (iv) did not obtain permission from the Attorney General or the Secretary of the Department of Homeland Security to reenter the United States following his formal removal.

Respectfully Submitted,

_____
Charles Williams
Deportation Officer
U.S. Immigration and Customs Enforcement

Subscribed and sworn pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on January 16, 2026.

_____
HONORABLE ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE